**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:    JUANITO V SAMPANG                §    Case No.: 11-38625
        MYLENE U SAMPANG

Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

    1)     The case was filed on 09/23/2011.

    2)     This case was confirmed on  N/A.

    3)     The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4)     The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5)     The case was dismissed on 12/21/2011.

    6)     Number of months from filing to the last payment:  1

    7)     Number of months case was pending:  6

    8)     Total value of assets abandoned by court order:  NA

    9)     Total value of assets exempted: $     5,330.00

    10)     Amount of unsecured claims discharged without payment $     .00

    11)     All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 2,450.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 2,450.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 1,529.25 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 129.85 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,659.10 |
| Attorney fees paid and disclosed by debtor | $ 450.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DISCOVER FINANCIAL S | UNSECURED | 4,845.00 | 4,845.13 | 4,845.13 | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 4,347.00 | 4,347.11 | 4,347.11 | .00 | .00 |
| AFNI INC | UNSECURED | 623.00 | 623.62 | 623.62 | .00 | .00 |
| DEPT STORES NATIONAL | UNSECURED | 1,644.00 | 1,704.05 | 1,704.05 | .00 | .00 |
| GREEN TREE SERVICING | SECURED | 420,000.00 | 393,527.88 | .00 | .00 | .00 |
| GREEN TREE SERVICING | SECURED | NA | 126,033.71 | .00 | .00 | .00 |
| GREEN TREE SERVICING | OTHER | NA | NA | NA | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 8,918.00 | 8,953.72 | 8,953.72 | .00 | .00 |
| GREEN TREE FINANCIAL | OTHER | NA | NA | NA | .00 | .00 |
| CITICORP TRUST BANK | UNSECURED | 13,974.00 | 13,974.14 | 13,974.14 | .00 | .00 |
| WELLS FARGO ED FIN S | UNSECURED | 8,334.00 | 8,229.11 | 8,229.11 | .00 | .00 |
| ALLIANT CREDIT UNION | UNSECURED | 2,281.00 | 2,331.49 | 2,331.49 | .00 | .00 |
| WELLS FARGO ED FIN S | UNSECURED | 10,152.00 | 10,089.62 | 10,089.62 | .00 | .00 |
| GREEN TREE SERVICING | UNSECURED | 55,000.00 | NA | NA | .00 | .00 |
| ALLIANT CREDIT UNION | SECURED | 5,882.00 | 10,347.38 | 5,517.00 | 359.65 | .00 |
| ALLIANT CREDIT UNION | UNSECURED | NA | .00 | 4,830.38 | .00 | .00 |
| OCWEN | SECURED | 43,759.00 | .00 | .00 | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 17,000.00 | 19,586.26 | 15,246.00 | 431.25 | .00 |
| SANTANDER CONSUMER U | UNSECURED | 2,952.00 | .00 | 4,340.26 | .00 | .00 |
| SPRINGLEAF FINANCIAL | SECURED | 3,800.00 | .00 | .00 | .00 | .00 |
| SPRINGLEAF FINANCIAL | UNSECURED | 128.00 | NA | NA | .00 | .00 |
| SUNTRUST MORTGAGE | SECURED | 101,100.00 | 107,117.48 | .00 | .00 | .00 |
| SUN TRUST MTG | UNSECURED | 101,100.00 | .00 | 107,117.48 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US BANK | SECURED | 182,000.00 | .00 | .00 | .00 | .00 |
| ALLIANT CREDIT UNION | UNSECURED | 4,393.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 670.00 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 2,546.00 | 2,546.89 | 2,546.89 | .00 | .00 |
| CANDICA LLC | UNSECURED | 1,544.00 | 1,589.63 | 1,589.63 | .00 | .00 |
| CB&T | UNSECURED | 1,757.00 | NA | NA | .00 | .00 |
| CHASE CC | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE CC | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITICORP TRUST BANK | UNSECURED | 11,415.00 | 11,415.80 | 11,415.38 | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 8,235.00 | 7,430.63 | 7,430.63 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL RETAIL | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITI | UNSECURED | 15,774.00 | NA | NA | .00 | .00 |
| GEMB/HH GREGG | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB SIGNATURE SERIE | UNSECURED | 425.00 | NA | NA | .00 | .00 |
| GEMB SIGNATURE SERIE | UNSECURED | .00 | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS MED | UNSECURED | 330.00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | UNSECURED | 186.00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | UNSECURED | 157.00 | NA | NA | .00 | .00 |
| GE CAPITAL CORP | UNSECURED | 3,676.00 | NA | NA | .00 | .00 |
| HSBC BANK USA NA | UNSECURED | 484.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 997.00 | NA | NA | .00 | .00 |
| HSBC MITSU | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 11,270.00 | 11,270.97 | 11,270.97 | .00 | .00 |
| UNITED SHOCKWAVE | UNSECURED | 1,173.00 | NA | NA | .00 | .00 |
| LUTHERAN GENERAL HOS | UNSECURED | 254.00 | NA | NA | .00 | .00 |
| EQUABLE ASCENT FINAN | UNSECURED | 2,991.00 | 3,008.28 | 3,008.28 | .00 | .00 |
| NORTHWEST COMMUNITY | UNSECURED | 136.00 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | UNSECURED | 136.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| ORANGE LAKE COUNTRY | UNSECURED | .00 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | UNSECURED | 169.00 | NA | NA | .00 | .00 |
| RNB-FIELDS3 | UNSECURED | .00 | NA | NA | .00 | .00 |
| RNB-FIELDS3 | UNSECURED | .00 | NA | NA | .00 | .00 |
| SEARS/CBNA | UNSECURED | 2,893.00 | NA | NA | .00 | .00 |
| ADELINA VERGARA | OTHER | .00 | NA | NA | .00 | .00 |
| LOURDES SAMPANG | OTHER | .00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | OTHER | NA | NA | NA | .00 | .00 |
| ALLIANT CREDIT UNION | OTHER | NA | NA | NA | .00 | .00 |
| GREEN TREE SERVICING | UNSECURED | .00 | NA | NA | .00 | .00 |
| BEACONPOINTE HOMEOWN | SECURED | .00 | .00 | .00 | .00 | .00 |
| ELMDALE CONDO | SECURED | .00 | .00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.===========================================================================.
| **Scheduled Creditors:**                                                  |
|                                                                           |
| Creditor              Claim         Claim         Claim     Principal   Int. |
|   Name       Class    Scheduled     Asserted      Allowed     Paid      Paid |
|                                                                           |
| OCWEN       UNSECURED    NA            NA           NA         .00       .00 |
| US BANK     UNSECURED    NA            NA           NA         .00       .00 |
·===========================================================================·
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 20,763.00 | 790.90 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 20,763.00 | 790.90 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 208,647.89 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,659.10 |
| Disbursements to Creditors | $ | 790.90 |
| **TOTAL DISBURSEMENTS:** | $ | 2,450.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/27/2012            /s/ Tom Vaughn
                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**